# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 15-101 - In re: Twitter, Inc.

**Date of docketing:** October 23, 2014

A petition for writ of mandamus has been filed.

**Name of Petitioner(s):** Twitter, Inc., Apple Inc., Motorola Mobility LLC, HTC Corporation, HTC America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., & LG Electronics Mobilecomm U.S.A., Inc.

**Name of respondent(s),** if known: Summit 6 LLC

**Related action(s):** if known: United States District Court for the Northern District of Texas in no. 7:14-cv-00014-O (7:14-cv-00106-O)

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Daniel E. O'Toole
Clerk of Court


cc: United States District Court for the Northern District of Texas
Douglas Aaron Cawley
David Clay Holloway
Philip Ou
William C. Rooklidge
Steven J. Routh
David J. Silbert