**RECEIPT FOR PAYMENT**

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From: Keker & Van Nest LLP
(NAME)

(ADDRESS)

10/23/14
(DATE)

## NON-APPROPRIATED ACCOUNT

AMOUNT

Admission Fee

Filing Fee  15-101    500 | 00
In Re Twitter

Duplicate Cert. of Admission

Clerk ☐
Deputy Clerk ☐ Amt

TOTAL  500 | 00

Cash ☐   Check ☑   MONEY ORDER ☐

28794